**Order filed January 13, 2015, Withdrawn, Appeal Reinstated and Order filed January 29, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00708-CR
_____

**ODEL RODRICK ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1324945**

## ORDER

Appellant's brief was due December 3, 2014. No brief or motion for extension of time was filed. On December 12, 2015, the parties were notified that the time for filing appellant's brief had expired and unless a motion for extension of time was filed the Court would take appropriate action. No response was filed. On January 13, 2015, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file

appellant's brief.

On January 23, 2015, counsel filed a motion for extension of time to file appellant's brief until February 13, 2015.

The motion is granted. Our order of January 13, 2015, is withdrawn. The appeal is reinstated. Appellant's brief is due February 13, 2015.


PER CURIAM